Commonwealth *v.* Bishop, Appellant.

Before KREIDER, P. J.

Submitted March 10, 1969. *Frederick W. Andrews,* Public Defender, for appellant; *Carl G. Wass,* Assist-

ant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.